NEW JERSEY ASSOCIATION OF TICKET BROKERS, ET AL. v.
TICKETRON, A DIVISION OF CONTROL DATA
CORP., ETC., ET AL.

October 11, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 155)

VICTOR RICHARD BELMONTE, ET AL. v. WEST AMERICAN IN-
SURANCE COMPANY OF THE OHIO CASUALTY GROUP
OF INSURANCE COMPANIES, ET AL.

· October 11, 1988.

Petition for certification denied.

TOWNSHIP OF FRANKLIN v. STATE OF NEW JERSEY, DE-
PARTMENT OF ENVIRONMENTAL PROTECTION, ET AL.

October 11, 1988.

Petition for certification denied.

GEORGIA MALCOLM v. LUMBERMANN'S
MORTGAGE CORP., ET AL.

October 11, 1988.

Petition for certification denied.